VAJK v CITY OF IRON RIVER, No. 150015; Court of Appeals No. 320550. Leave to appeal denied at 497 Mich 1011.

PEOPLE v GRESHAM, No. 150020; Court of Appeals No. 321553. Leave to appeal denied at 497 Mich 1026.

PEOPLE v JOHN MARSHALL, No. 150165; Court of Appeals No. 313814. Summary disposition at 497 Mich 1023.

PEOPLE v ROBERT ANDERSON, No. 150140; Court of Appeals No. 322500. Leave to appeal denied at 497 Mich 1026.

THOMPKINS v BROWN, No. 150143; Court of Appeals No. 313554. Leave to appeal denied at 497 Mich 1026.

PEOPLE v RICE, No. 150234; Court of Appeals No. 322161. Leave to appeal denied at 497 Mich 1027.

*In re* GUARDIANSHIP OF GBH, No. 150260; Court of Appeals No. 322245. Leave to appeal denied at 497 Mich 1027.

PEOPLE v BRYANT, Nos. 150270 and 150271; Court of Appeals Nos. 306602 and 318765. Leave to appeal denied at 497 Mich 1041.

ADKINS v ADKINS, No. 151804; Court of Appeals No. 326742. Leave to appeal denied at 498 Mich 868.

*Leave to Appeal before Decision by Court of Appeals Denied September 9, 2015:*

MAKOWSKI v GOVERNOR, No. 151844; Court of Appeals No. 327396.

MCCORMACK, J., did not not participate due to her prior involvement in this case.

*Superintending Control Denied September 9, 2015:*